235 F.3d 1 (1st Cir. 2000)
 AMERICAN HONDA MOTOR CO., INC., Plaintiff, Appellee,
v.
BERNARDI'S, INC. D/B/A BERNARDI HONDA, Defendant, Appellant.
AMERICAN HONDA MOTOR CO., INC., Plaintiff, Appellee,
v.
RICHARD LUNDGREN, INCORPORATED D/B/A LUNDGREN HONDA, Defendant, Appellant.
 No. 99-1921, No. 99-1922.
 UNITED STATES COURT OF APPEALS, FOR THE FIRST CIRCUIT.
 October 26, 2000.
 
 1
 Before Lipez, Circuit Judge, Bownes, Senior Circuit Judge, and Saris*, District Judge.
 
 ORDER OF THE COURT
 
 2
 The prior order of this case, dated September 26, 2000, is withdrawn.
 
 
 
 Notes:
 
 
 *
 Of the District of Massachusetts, sitting by designation.